**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6935**

MARCUS ALBINUS JOSEPH, a/k/a Marcus A. Joseph, a/k/a Marcus
Albines Joseph,

                Plaintiff - Appellant,

        v.

HENRY M. TURBEVILLE; ANNELLE G. POWELL, Magistrate Judge in
Clarendon County; GARY MARTIN; WADE S. KOLB; JOSEPH COKER;
SCDC DIRECTOR STIRLING; WARDEN BERNARD MCKIE, of Kirkland
Correctional Institution,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Richard Mark Gergel, District
Judge.  (2:15-cv-00412-RMG)

Submitted:  October 15, 2015          Decided:  October 20, 2015

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marcus Albinus Joseph, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Albinus Joseph appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice as frivolous his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Joseph v. Turbeville, No. 2:15-cv-00412-RMG (D.S.C. May 19, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED